Date signed March 04, 2011



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:   11–10351 – NVA   Chapter:  7

Paul Louis Schlogel Sr.
5934 Ebenezer Road
White Marsh, MD 21162

Creditor – Ally Financial (f/k/a GMAC)

Reaffirmation – 17

## STATEMENT OF REVIEW

    The above identified Reaffirmation Agreement has been reviewed. It appearing that all requirements of 11 U.S.C. § 524 have been complied with, counsel for debtor has made the certification set forth in 11 U.S.C. § 524(c)(3), and Part D of the Reaffirmation Agreement is completed in a manner not significantly disparate from the sworn statements of the debtor in Schedules I and J and creates no presumption of undue hardship under 11 U.S.C. § 524(m). No hearing, determination, or order is required.

cc:   Debtor(s)
      Attorney for Debtor(s) – Allan G Nelson
      Chapter 7 Trustee – Charles R. Goldstein
      Creditor – Ally Financial (f/k/a GMAC

**34.4 –** *cmcinnes*

### End of Order